UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| JURISDICTION OF THE ARMED FORCES AND CHAPLAINCY, | Civil Action No. 2:25-cv-12848-BHH |
| Plaintiff, | **DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER, OR, IN THE ALTERNATIVE FOR PRELIMINARY INJUNCTION** |
| v. | |
| ANGLICAN CHURCH IN NORTH AMERICA, | |
| Defendant. | |

**EXHIBIT 3 –** **Webpages from AnglicanChaplains.org, 2011-2012**

The Wayback Machine - https://web.archive.org/web/20110623223629/http://anglicanchaplains.org/

# Chaplain Home Page



**for the Anglican Church
in North America (ACNA)
and supported by the Convocation of Anglicans in North America (CANA)**

Main pages (Home)

Government Chaplains

Vocational Chaplains

Volunteer Chaplains

Parish Nurses

Deanery Newsletter

## Deanery Partners

Anglicans for Life

John Jay Institute

Welcome Home Initiative

Anglican 1000

Grandpa 'T' (coming soon)

## Home Pages

ACNA

CANA

GAFCON

FCA

AAC

## Chaplains Only

Committee Pages

Bishop Jones' Calendar

Policies & Procedures

Forms and Files

Staff Meeting

---

**In the News...**

Anglican Diocese of the South Helping with Tornado Relief Efforts (May 2011)

# Welcome to the Deanery for the Chaplaincy



The Deanery for the Chaplaincy is the home for Chaplains ecclesiastically endorsed to serve in the Anglican Church in North America (ACNA) and provides, through the Convocation of Anglicans in North America (CANA), a canonical residence and/or licensing of Chaplains. We hope you enjoy your visit to this website, that you find the answer to your questions about Chaplaincy within CANA/ACNA, and that you are encouraged by the work God is doing through the vital ministry of Chaplains. We encourage you to contact us with your questions as you learn more about the and the world-wide Anglican Communion...

## Why is the Chaplaincy Special?

In today's society, when people think of ordained clergy, the most common picture is that of a church or parish minister. While the church minister carries an incredible responsibility to shepherd a congregation, many people need and seek the guidance and presence of ordained and highly trained deacons and priests at times outside the usual weekend service of a traditional church. In fact, there exist many who do not have the opportunity to be involved in their home church or parish such as members of the military or homebound medical patients. Chaplains fill the void and so much more... and they do ministry with specialized training to meet their critical call. Much like a doctor specializing in a specific area of medicine, Chaplains are highly trained clergy who function in their specialized environments.



This week from the American Anglican Council (AAC)

## Donate to the Deanery...

Donate using PayPal



Or to register with CANA and then give donations by Credit or Debit Card; or by bank debit from your checking or savings account...

 *Please select "Chaplain's Deanery"*

---

## Upcoming Events...

*go to "Forms and Files" in the*
*Chaplains Only section*

CANA Annual Meeting
July 14-16 in Herndon, Virginia
*Chaplain Training Sessions and*
*Convocation July 13-14*

## More About ACNA Chaplaincy...

- <u>Seminary Students & the Chaplain Candidate Program</u>
- "I'm already a Chaplain with..."
  - <u>"...a Historical Church Body"</u>
  - <u>"...a Protestant Denomination or non-denominational group"</u>
- <u>What does it mean to be Ecclesiatically Endorsed?</u>

# Other Associated Links

- <u>The Military Chaplains Association (MCA)</u>
- <u>International Conference of Police Chaplains (ICPC)</u>
- <u>Association of Clinical Pastoral Education (ACPE)</u>
- <u>Association of Professional Chaplains (APC)</u>
- *<u>Other Professional Links...</u>*

<u>Return to top</u>

© 2010 The Deanery for the Chaplaincy (CANA) and the ACNA
Template design by <u>Andreas Viklund</u>

Free DHTML scripts provided by <u>Dynamic Drive</u>

Other Links : <u>Meet the Deanery Staff</u> | <u>Meet Bishop Jones</u> | <u>Contact Us Form</u> | 888.460.5556 ext 228

<u>Return to top</u>

The Wayback Machine - https://web.archive.org/web/20120301213758/http://anglicanchaplains.org:80/wp/



# Anglican Chaplains

Serving for the Glory of God

- Home
- Our Ministries »
- Our Partners »
- Anglican Ministries »
- About Us »

search this site [ go ]

## Caring for those in harms way.

**Updates**

Our Chaplains carry the Gospel of Jesus Christ in Word and Sacrament to those in harms way.

Feb 15th, 2012 by admin



onvocation in Plano!

01:47

## Serving our Troops

Our Chaplains service in all branch

Since 1776 when the first US milit
congress, our service men and wo
country and our freedom.  It is our
Jesus Christ we bring the good nev
military.



## One of Our Own!



## Anglican Perspective



Sorry, this episode is temporarily unavailable. Please try again later.

## Our Stories

LOOK FOR US…

### LOOK FOR US…

… in the vendor area at Christ Church in Plano, Texas – March 5 for the ACNA Chaplain's Convocation – March 6th for the CANA Annual Meeting – March 7th for Anglican 1000 – and March 8th for the Festal Eucharist Celebration.  The Deanery for the Chaplaincy (CANA) and Bishop Suffragan for Chaplaincies (ACNA) will have a combined booth for you to visit.  Next to us will be two other displays who have very close association with the Deanery and Bishop Jones.  There will be a booth for the Chaplain Alliance for Religious Liberty and a recruiting booth for the Department of Justice-Federal Bureau of Prisons.  Deanery folks will be supporting all three of these booths, so be sure to drop by for a chat…

Filed under: Stories |

## Welcome

Welcome!
The ministry of The Deanery for the Chaplaincy is to endorse and support chaplains in the US military, federal and local government, hospital and hospice, and other volunteers serving their communities.

We are the endorsing agency of the Anglican Church in North America in and through The Convocations of Anglicans in North America. We also partner with several other ministries to help the church spread the Gospel of Jesus Christ the Lord. Jesus Christ as the head of the church calls us to lead and care for others so that they might know the forgiving power accomplished through His death and resurrection.



Please contact us if you have any questions about future ministy.

## Anglican News

"After the Trauma, the Battle Begins, Post Trauma Healing"   will be released next Thursday 9/8/11 the book is about the struggles of PTSD (Post Traumatic Stress Disorder).  The book is for anyone who has been traumatized in anyway.  Especially those who have been in combat in the battlefield of life.

It will be available through Amazon.com or www.nigelmumford.com or from the book shop of Christ the King Spiritual Life Center www.Ctkcenter.org.

God bless you,
Fr. Nigel+
The Oratory of Christ the Healer
Christ the King Spiritual Life Center
www.ctkcenter.org
www.nigelmumford.com

## Where to give?

The Chaplains Deanery appreciates your contributions very much. All tithes, donations and other giving should be directed to:
Chaplains Deanery
PO Box 738
Montevallo AL 35115





- Anglican Church in North America

- CANA

- Chaplains OnlyPrivate area for chaplains

Powered by WordPress and the MU theme. ©2011 - Anglican Chaplains | Entries (RSS) and Comments (RSS).