UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| JURISDICTION OF THE ARMED FORCES AND CHAPLAINCY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ANGLICAN CHURCH IN NORTH AMERICA,<br><br>　　　　　　Defendant. | Civil Action No. 2:25-cv-12848-BHH<br><br>**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER, OR, IN THE ALTERNATIVE FOR PRELIMINARY INJUNCTION** |

**EXHIBIT 4 –**　Webpages from AnglicanChaplains.org, 2014-2016

The Wayback Machine - https://web.archive.org/web/20140924222604/http://anglicanchaplains.org/wp/



# Anglican Chaplains

Serving for the Glory of God

- Home
- Our Ministries »
- Anglican Ministries »
- Our Partners »
- About Us »

search this site    go

## Honoring God…

### News



...odations and meals are included. The only thing participants n...

...firmation that your registration has been accepted.

## In Worship…







Filed under: News |
Sep 21st, 2014 by admin

### Congratulations to Commander Cayangyang!



On September 2nd, 2014, The Reverend Canon Jay Cayangyang was promoted to the rank of Commander in the United States Navy Chaplain Corps.  The ceremony was held  at Chapel By The Sea aboard Naval Station Mayport, Florida where Canon Jay serves as a Navy Reserve Chaplain assigned to Commander Naval Surface Force Atlantic (CNSL) Ministry Center. Bishop Derek Jones was on hand to deliver the invocation and blessing on Jay while his parents and family members watched with joy and delight. Also in attendance for the celebration of promotion were, The Right Reverend Neil Lebhar, Bishop of the Gulf Atlantic Diocese and The Very Reverend Doctor Gary Pollitt, CAPT, CHC,USN (Ret) past Executive Director of the Military Chaplains Association. Jay currently serves  on staff with the Jurisdiction of the Armed Forces and Chaplaincy as both Coordinator for Military and Governmental Chaplains and Coordinator for Special Projects.  His responsibilities for the Jurisdiction include heading up THE CENTURION PROJECT, a new retreat based healing ministry program for military veterans, first responders, and their families. The first retreat is scheduled for December.

Filed under: News |
Aug 10th, 2014 by admin

### Chaplain Deaneries Established

The Pastoral Care Minister program was the precursor to the establishment of Deaneries within the Special Jurisdiction of the Armed Forces and Chaplaincy. On August 1st, 2014 The Rt. Rev. Derek LS Jones directed the stand-up of three deaneries under the direction and oversight of The Very Rev. Harry Mathis, Provost.

The Deaneries are:
Hospital Prison Hospice, and Law Enforcement (and other professionally credentialed chaplains) under the care of Very Rev. Scott Buck, Associate Provost and The Rev. David Noles, Associate Dean.

Community, Education, and Industrial Chaplains under the care of The Very Rev. Gary Pollitt, Dean and The Rev. Ken Webb, Associate Dean.

Military and Military Association Chaplains under the care of The Very Rev. Hal Scott, Dean and The Rev. Canon Daniel Waterman, Associate Dean.

While PCM's did their best to keep as much constant contact as possible, under the new structure it will be incumbent upon chaplains to maintain contact for pastoral and professional matters with their Deans.
Filed under: News |
Aug 5th, 2014 by admin

## Atheists Backdown on Lawsuit to Censor Sermons

The Freedom from Religion Foundation (FFRF) filed a lawsuit in an attempt to use the IRS as a weapon to censor sermons on moral issues that have political implications. Among the many churches and pastors in the crosshairs was one of our own: Chaplain Patrick Malone who besides being a chaplain is also the Vicar of Milwaukee-based Holy Cross Anglican Church.  The Becket Fund for Religious Liberty joined with Patrick and the church to stand up to FFRF. The Becket Fund is a non-profit, public-interest legal and educational institute with a mission to protect the free expression of all faiths. Once Patrick and the Becket Fund became involved, the FFRF couldn't work fast enough to ask the court to dismiss its own lawsuit!  "This (FFRF) lawsuit was a bad idea from the beginning—who thinks the IRS should be deciding what a preacher says in a sermon?" said  Daniel Blomberg, Legal Counsel for the Becket Fund. In a statement, The Right Reverend Derek LS Jones, Bishop of the Jurisdiction of the Armed Forces and Chaplaincy, said "My sincere thanks to Daniel Blomberg and the Becket Fund.  I've worked closely with Daniel on many issues and know he is a champion in the battle to preserve Religious Liberty.  Without Religious Liberty, no one is truly free. I'm thankful for Fr. Patrick and the members of Holy Cross; and proud of the courageous stand they took… as should also EVERY church in the USA!"


You can read the full article on the Becket Fund site at:  http://www.becketfund.org/militant-atheists-sound-retreat-give-forcing-irs-censor-sermons/

Filed under: News |
Jul 18th, 2014 by admin

## Chaplaincy congratulates Ensign Jesus Dominguez

The Jurisdiction of the Armed Forces and Chaplaincy congratulates Ensign Jesus Dominguez, the Anglican Church of North America's newest Navy Chaplain Candidate Program Officer (CCPO)! A Marine Captain turned seminarian,he was commissioned on Monday in a ceremony held in the chapel of Gordon-Conwell Theological Seminary Charlotte. ENS Dominguez is also a Simeon Fellow at Christ Church Anglican in Winston-Salem, North Carolina under the leadership of Father Ben Sharpe. Father Sharpe offered the invocation and the Oath of Office was administered by Navy Chaplain, Canon Jay Cayangyang.


Filed under: News |
Jul 17th, 2014 by admin

## Chaplain (Major) Sean Wead awarded the Distinguished Service Award

We congratulate Chaplain Sean Wead for being awarded the Distinguished Service Award. This award recognizes ministry excellence of chaplains in mid-career and nominations are forwarded to MCA by the five constituent Chiefs of Chaplains. Chaplain Wead was recognized for providing guidance to the ethical curriculum schools of the Command and General Staff College. He wrote and implemented the first mandated ethics program for Majors enrolled in the Command and General Staff Officer Course, resulting in training for more than 14,000 Army, Reserve, Inter-Agency, and Joint Service field grade officers. Chaplain Wead then designed and implemented a program to educate the faculty in advanced ethics in order to facilitate these classes. He currently works with TRADOC and the Chaplain Corps in support of a campaign focused on key moral leadership principles in the military and teaches at CGSC.

Filed under: News |

# For the Glory of God…

AnglicanRadio.com

A special Interview with Bishop Derek Jones on AnglicanRadio.com, airs Saturday, 23 August at 1:00 p.m. and 8:30 p.m. Central Time.

After Saturday it will still be available as a podcast on AnglicanRadio.com.



**Newsletter Vol 10.**



✠

**GAFCON - August Pastoral letter.**



✠

**Book of the Month**

 Yeah, We Messed Up, Too

The Church's Role in Redefining Marriage

By: John Stonestreet Published: July 25, 2014 6:00 AM

"Many Christians are quick to blame the LGBT community for redefining marriage. But we weren't innocent bystanders either. I'll explain."

"While the legal battle is by no means over, (click here for more)..."

**Ordination - Rev. Dr. Carl Smith.**



The Reverend Dr. Carl Smith was ordained Priest by Bishop Jones on May 25th 2014 at St. Peters Anglican Church in Birmingham, Alabama. The service was a beautiful blend of Nigerian, Australian, Kenyan and ACNA liturgies as representative of the members of the parish.  In addition to his ordination, Father Smith had the unique pleasure of baptizing his own grandson Cohen. Special thanks and appreciation to the Rector at St. Peters, The Reverend Dr. Mark Quay, Deacon Peter Smith, and the

entire support staff for their diligent work and coordination to make the event a blessing to everyone in attendance!



**Chaplain Eric 'Ric' Renne Officiates Full Honors Funeral at Arlington**



Chaplain Ric Renne and Bishop David J. Bena, Jurisdiction Executive Council member and CANA Bishop, were officiating clergy for a funeral at Arlington National Cemetery on May 22nd. The "full honors" funeral was for USAF retired Chaplain John G. Truitt, Jr. Chaplain Renne delivered the homily, and in an interview commented, "I had known John for 45 years. We were in Vietnam together and he was one of my predecessors as the Senior Chaplain at Arlington. I have participated in around 1,600 funerals here, but this was the first time I ever officiated a full honors funeral for a Chaplain."  A full honors funeral is a humbling tribute to the deceased filled with marching troops, color guard, military band, caisson and more, all performed with ceremonial precision and dignity that aids greatly to bringing closure for the family and friends. For a close-up look at a full honors funeral, we have provided this link below. If you would like more specific information on this event, email Chaplain Renne at esrennesr@aol.com. (Click for more photos).

## Past Videos

Click here for videos archives.

## Our Prayers



**Prayers for Chaplains**

Congratulations to Chaplain Jeff May and his wife, Terri, on the birth of their FIRST GRANDDAUGHTER.  Rose Evangeline Colyer was born September 14. (5lbs 15oz and 19 inches tall0)

Our prayers continue for Lauren Ullman and Chaplain Brice Ullman.  Lauren will have a confirmatory PET scan (post chemo and radiation to battle cancer) in the latter part of September.  Prayers of peace for them as they await confirmation that she is cancer-free

Our prayers are extended to the Balog family as Chaplain Steve Balog prepares to retire after 20 years of service to our nation as a US Army chaplain.

Filed under: Stories |

## Welcome!

The Jurisdiction of the Armed Forces and Chaplaincy supports the endorsement and care of chaplains under the oversight of the Bishop of the Armed Forces and Chaplaincy serving in the US military, federal and local government, hospital and hospice, law enforcement and other vocational and volunteer chaplains serving their communities. It is the canonical residence for professional chaplains in the ACNA.

We are the endorsing agency of the Anglican Church in North America. Official status as an endorsing agency is in and through the Convocations of Anglicans in North America. We also partner with several other ministries to help the church spread the Gospel of Jesus Christ. Jesus Christ, as the head of the church, calls us to lead and care for others so that they might know the forgiving power accomplished through His death and resurrection.

**Contact Us!**

To contact the Bishop or his staff, you can now use the number below.

**888-460-5556**

## Support Chaplains with a Financial Gift…

All tithes, donations and other giving should be directed to:
Anglican Chaplains
PO Box 738
Montevallo AL 35115

Or you may donate online by clicking the Donate button below.

**\*\*\*NEW: Those giving to the Chaplain Russell Worrell Benevolence Fund, please indicate so in the memo line.\*\*\***
Thank You for your donation!



# Anglican Chaplains



# Anglican Chaplain Lapel Pins & Embroidered Patches are now available



Click on image for more details!

# 39 Article Series



✠



- Anglican Church in North America
- CANA
- Chaplains Only Private area for chaplains. Clear browser cache for security!

Entries (RSS) and Comments (RSS).

The Wayback Machine - https://web.archive.org/web/20160928045921/http://anglicanchaplains.org:80/wp/

# Anglican Chaplains



## Navigation

- **Home**
    - Contact Us Now!
- **Newsbrief**
- **Chaplaincies**
    - Governmental Agency Chaplains
    - Vocational Agency Chaplains
    - Volunteer Chaplains
    - Commissioned Lay Chaplains
    - Contact Us Now!
- **Ministries**
    - Anglican Church of the Good Shepherd
    - The Order of St. Martin of Tours
    - The Centurion Project
    - Broken Chalice-Prison Ministry
    - Anglican Chaplain Adoption Fund
    - The Russell Worrell Benevolence Fund
    - Contact Us Now!
- **Missions**
    - Chaplain Led Parishes
    - Visions of Grace
    - Christo Mi Redentor- Guatemala
    - Parish Nurse & Congregational Health
    - Crisis Action Team
    - Contact Us Now!
- **Training**
    - Chaplain Study Materials
    - CLC Academy
    - Distance Tutorial in Anglicanism
    - Executive Seminar
    - Contact Us Now!
    - MEMBER SITE LOGIN
    - Residential Tutorial in Anglicanism
    - Symposium/Convocation
    - The White Horse Tavern
    - Contact Us Now!
- **Media Center**
- **About Us**
    - Anglican Ministries
    - Chaplains Calendar 2016
    - Donate
    - Hail & Farewell
    - Heraldry
    - Jurisdiction Office Hours
    - Jurisdiction of the Armed Forces & Chaplaincy
    - Staff
    - Our Partners
    - Contact Us Now!
- **Search**

- **Home**
    - Contact Us Now!
- **Newsbrief**
- **Chaplaincies**
    - Governmental Agency Chaplains
    - Vocational Agency Chaplains
    - Volunteer Chaplains
    - Commissioned Lay Chaplains
    - Contact Us Now!
- **Ministries**
    - Anglican Church of the Good Shepherd
    - The Order of St. Martin of Tours
    - The Centurion Project
    - Broken Chalice-Prison Ministry
    - Anglican Chaplain Adoption Fund

- The Russell Worrell Benevolence Fund
- Contact Us Now!
- Missions
  - Chaplain Led Parishes
  - Visions of Grace
  - Christo Mi Redentor- Guatemala
  - Parish Nurse & Congregational Health
  - Crisis Action Team
  - Contact Us Now!
- Training
  - Chaplain Study Materials
  - CLC Academy
  - Distance Tutorial in Anglicanism
  - Executive Seminar
  - Contact Us Now!
  - MEMBER SITE LOGIN
  - Residential Tutorial in Anglicanism
  - Symposium/Convocation
  - The White Horse Tavern
  - Contact Us Now!
- Media Center
- About Us
  - Anglican Ministries
  - Chaplains Calendar 2016
  - Donate
  - Hail & Farewell
  - Heraldry
  - Jurisdiction Office Hours
  - Jurisdiction of the Armed Forces & Chaplaincy
  - Staff
  - Our Partners
  - Contact Us Now!
- Search

Under the oversight of the Bishop of the Armed Forces and Chaplaincy, the Special Jurisdiction of the Armed Forces and Chaplaincy supports the endorsement and care of chaplains serving in the US military, federal and local government, hospital and hospice, law enforcement and other vocational and volunteer chaplains serving their communities. We are the endorsing agency and canonical residence for professional chaplains in the Anglican Church in North America (ACNA). We also partner with many other ministries to help the church spread the Gospel of Jesus Christ.

**Thank YOU for taking the time to select the National Christian Foundation donate button (top right of this page) to offer a love gift in support of the ministries of our chaplains here and around the world.**





Vocational

Jurisdiction of the Armed Forces & Chaplaincy Contact Information:
Office phone:
888-460-5556
Mailing Address:
*Anglican Chaplains*
*Post Office Box 738*
*Montevallo, Alabama 35015*

**CHAPLAIN NEWS TRACKER**

COMING EVENTS…CENTURION PROJECT Announcement Coming Soon ….COMMISSIONED LAY CHAPLAINS ACADEMY, 1-4 September… RESIDENTIAL TUTORIAL IN LITURGICS, 1-4 September….Check Events Calendar below for more information….

**Support Anglican Chaplains**



**JAFC Calendar**

Chaplain Calendar for 2016

**Upcoming Events**

There are no upcoming events at this time.

**Contact Us!**

**Recent Posts**

- Anglican Church in North America Holds 2nd Diocesan Communications Conference
- Don't 'Write Off' Chaplain Malone
- Anglican Tutorial Reaches New Heights!
- New Rector at St. Barnabas!
- Book of the Month for September

**Welcome!**

The Jurisdiction of the Armed Forces and Chaplaincy supports the endorsement and care of chaplains under the oversight of the Bishop of the Armed Forces and Chaplaincy serving in the US military, federal and local government, hospital and hospice, law enforcement and other vocational and volunteer chaplains serving their communities. It is the canonical residence for professional chaplains in the ACNA.

We are the endorsing agency of the Anglican Church in North America. Official status as an endorsing agency is in and through the Convocations of Anglicans in North America. We also partner with several other ministries to help the church spread the Gospel of Jesus Christ. Jesus Christ, as the head of the church, calls us to lead and care for others so that they might know the forgiving power accomplished through His death and resurrection.

**Contact Us!**

To contact the Bishop or his staff, you can now use the number below.

**888-460-5556**

**Support Chaplains with a Financial Gift…**

All tithes, donations and other giving should be directed to:
Anglican Chaplains
PO Box 738
Montevallo AL 35115

Or you may donate online by clicking the Donate button below.

**\*\*\*Those giving to the Chaplain Russell Worrell Benevolence Fund, please indicate so in the memo line.\*\*\***

**Visions of Grace**
For those wishing to donate eyeglasses to Visions of Grace, please mail them to the address above.

Thank You for your donation!



**Anglican Chaplains**



**Anglican Chaplain Lapel Pins & Embroidered Patches are now available**



Click on image for more details!

**39 Article Series**



*Toggle the Widgetbar*
© 2015 Jurisdiction of the Armed Forces and Chaplaincy
Type and Press "enter" to Search