UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| JURISDICTION OF THE ARMED FORCES AND CHAPLAINCY, | Civil Action No. 2:25-cv-12848-BHH |
| Plaintiff, | **DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER, OR, IN THE ALTERNATIVE FOR PRELIMINARY INJUNCTION** |
| v. | |
| ANGLICAN CHURCH IN NORTH AMERICA, | |
| Defendant. | |

**EXHIBIT 5** – **Webpages from AnglicanChaplains.org, 2020-2023**

The Wayback Machine - https://web.archive.org/web/20201102140606/https://www.anglicanchaplains.org/



## Serving for the Glory of God

- **Who We Are**
  - The JAFC
  - Chaplain Endorsement
  - What is Anglican Chaplaincy?
  - Your Donation
  - Our Heraldry
  - FAQ
- **DONATE**
- **Deaneries**
  - Military
  - Vocational
  - Community
  - Commissioned Lay Chaplains
  - St. Martin of Tours
- **Ministries**
  - The Centurion Project
  - Visions of Grace
  - Adoption Fund
  - Missions
    - Cristo Mi Redentor
    - Anglican Health Ministries
      - About AHM
      - Health Ministry FAQ's
      - Tools & Resources
      - Get Involved with AHM

- - News & Media
  - Sisters of Hope
  - Hats from the Heart
- *Resources*
  - CALENDAR of Events
  - Training & Formation
    - Convocation
    - JAFC Leadership Retreat
    - Distance & Residential Study
    - Podcasts-Listen & Learn
  - Anglican Study Library
    - Book of the Month
  - The JAFC Journal
  - Chaplain Led Parishes
    - Parish Locator
  - ENDOWMENT
  - Newsbrief
    - The Gospel Goes Outdoors
    - Newsbrief Exclusive
    - Led by Army Chaplain Trotter
    - A Chaplain Goes Public
    - Chaplain News Flash Congress
  - Media Center
    - Multi-Media
    - Chaplains Radio Program
    - Videos
  - Staff
    - About Our Bishop
    - Operational
      - Biography, Bishop Williams
      - Biography, Bishop Nordstrom
      - Biography, Vicar General
    - Executive Committee
  - Chaplain Ministry Partners
    - Anglicans for Life
  - Contact Us!



- *Who We Are*
  - The JAFC
  - Chaplain Endorsement
  - What is Anglican Chaplaincy?
  - Your Donation
  - Our Heraldry
  - FAQ
- *DONATE*
- *Deaneries*
  - Military
  - Vocational
  - Community
  - Commissioned Lay Chaplains
  - St. Martin of Tours
- *Ministries*
  - The Centurion Project
  - Visions of Grace
  - Adoption Fund
  - Missions
    - Cristo Mi Redentor
    - Anglican Health Ministries
      - About AHM
      - Health Ministry FAQ's
      - Tools & Resources
      - Get Involved with AHM
      - News & Media
    - Sisters of Hope
    - Hats from the Heart
- *Resources*

- CALENDAR of Events
- Training & Formation
  - Convocation
  - JAFC Leadership Retreat
  - Distance & Residential Study
  - Podcasts-Listen & Learn
- Anglican Study Library
  - Book of the Month
- The JAFC Journal
- Chaplain Led Parishes
  - Parish Locator
- ENDOWMENT
- Newsbrief
  - The Gospel Goes Outdoors
  - Newsbrief Exclusive
  - Led by Army Chaplain Trotter
  - A Chaplain Goes Public
  - Chaplain News Flash Congress
- Media Center
  - Multi-Media
  - Chaplains Radio Program
  - Videos
- Staff
  - About Our Bishop
  - Operational
    - Biography, Bishop Williams
    - Biography, Bishop Nordstrom
    - Biography, Vicar General
  - Executive Committee
- Chaplain Ministry Partners
  - Anglicans for Life
- Contact Us!

# WELCOME to The Jurisdiction of the Armed Forces and Chaplaincy, the endorsing agency and canonical residence for professional chaplains with the Anglican Church in North America (ACNA) and Convocation of Anglicans in North America (CANA).

# NEWS EXCLUSIVE

## A Deacon Trifecta for the Anglican Chaplains!

The Call Back to the Historic Church



What is Anglican Chaplaincy?



Requirements



Training & Formation



Development

Find a Chaplain-led Church Near You!



# JAFC CHAPLAINCY Disciplines and Programs









**The Centurion Project for Moral Trauma**



► JAFC- CHAPLAIN NEWS      ►

GAFCON      ► ACNA      ► ANGLICAN HEALTH

- [For the Glory of God](#)

- [Army Chaplain Trotter leads the way](#)

- [Chaplains take Gospel Outside the church](#)

- [Rep. Collins- A Torch Bearer](#)

- [Insight from a Chaplain](#)

## OUTREACH MINISTRY OF THE MONTH

-
-
-
-

# Visions of Grace

Visions of Grace is a chaplaincy outreach  ministry sharing the message and love of Christ through short-term mission trips that focus on providing eye and general medical care to citizens in third world countries.

*Our next trip is being posponed due to COVIV-19-HOWEVER- we are still collecting glasses. If you have sunglasses or regular glasses to donate- please email : *Julie.Russell-Crunk@Anglicanchaplains.org*



# YOUR TAX DEDUCTIBLE DONATION TO ANGLICAN CHAPLAINS will help us take the Gospel outside the walls of the church and open the Word of God to new generations!!

TO DONATE- **CLICK HERE**



*The JAFC Journal* is the premier forum for thought on the subject of the unique and professional ministry by Anglican Chaplains. It is a platform to celebrate our Anglican ministry and to foster the further exploration of emerging requirements for Chaplaincy ministry, experience, and education, in addition to informing, encouraging, and educating our target audience.

Get your copy HERE

- FAQ
- Contact Us!

*P.O.Box 738, Montevallo, AL 35115 Email Us Contact Us 888-460-5556*

# FaithConnector Church Websites

- ○ *Who We Are*
  - The JAFC
  - Chaplain Endorsement
  - What is Anglican Chaplaincy?
  - Your Donation
  - Our Heraldry
  - FAQ
  - ○ *DONATE*
  - ○ *Deaneries*
    - Military
    - Vocational

- Community
- Commissioned Lay Chaplains
- St. Martin of Tours

○ *Ministries*

- The Centurion Project
- Visions of Grace
- Adoption Fund
- Missions
  - Cristo Mi Redentor
  - Anglican Health Ministries
    - About AHM
    - Health Ministry FAQ's
    - Tools & Resources
    - Get Involved with AHM
    - News & Media
  - Sisters of Hope
  - Hats from the Heart

○ *Resources*

- CALENDAR of Events
- Training & Formation
  - Convocation
  - JAFC Leadership Retreat
  - Distance & Residential Study
  - Podcasts-Listen & Learn
- Anglican Study Library
  - Book of the Month
- The JAFC Journal
- Chaplain Led Parishes
  - Parish Locator
- ENDOWMENT
- Newsbrief
  - The Gospel Goes Outdoors
  - Newsbrief Exclusive
  - Led by Army Chaplain Trotter
  - A Chaplain Goes Public
  - Chaplain News Flash Congress
- Media Center
  - Multi-Media
  - Chaplains Radio Program
  - Videos
- Staff
  - About Our Bishop
  - Operational

- Biography, Bishop Williams
- Biography, Bishop Nordstrom
- Biography, Vicar General
  - Executive Committee
- Chaplain Ministry Partners
  - Anglicans for Life
- Contact Us!

# *Search*

[                    ] [ u ]



*Serving for the Glory of God*

Who We Are     DONATE     Deaneries     Ministries

Resources

## WELCOME to The Jurisdiction of the Armed Forces and Chaplaincy®,

The Jurisdiction of the Armed Forces and Chaplaincy® the endorsing agency and canonical residence for professional chaplains with the Anglican Church in North America (ACNA), the Church of Nigeria North American Mission (CONNAM), and other participating Anglican bodies.



*NEWSBRIEF EXCLUSIVES*



No Trouble for Trombley

A UNIQUE Ordination



Heads Up!



1st for a JAFC Chaplain!

More Anglican Chaplains!



Chaplains Rise to the Top!

► **Chaplains Launch NEW Training & Formation Website**

► HOT OFF THE PRESS-  **The NEWEST Edition of the JAFC JOURNAL!**

# JAFC CHAPLAINCY
# Disciplines and Programs











The Centurion Project for Moral Trauma



What is
Anglican
Chaplaincy?



Requirements



Training
& Formation



Development



Formed as an
Anglican



Worship
with a Chaplain



Chaplain News
Rundown 2021



**YOUR TAX DEDUCTIBLE DONATION TO ANGLICAN CHAPLAINS** will help us take the Gospel outside the walls of the church and open the Word of God to new generations!!

TO DONATE- **CLICK HERE**

► JAFC- CHAPLAIN NEWS    ► GAFCON    ► ACNA    ►CHURCH of NIGERIA
► THE  CHAPLAIN JOURNAL    ► CHAPLAIN-LED CHURCHES

Ministry Partners:    ACNA        Church of Nigeria        GAFCON

P.O.Box 738, Montevallo, AL 35115

✉ Email Us

▣ Contact Us

📞 888-460-5556

  

FaithConnector Church Websites



Home    About    Ministries    Chaplaincy    Contact    Donate    Join



Anglican Chaplains



Serving for the Glory of God

Welcome to The Jurisdiction of the Armed Forces and Chaplaincy, the endorsing agency and canonical residence for professional chaplains with the Anglican Church in North America and other participating Anglican bodies.

Read more



Home    About    Ministries    Chaplaincy    Contact    Donate    Join



## Our Mission

Under the oversight of the Bishop of the Armed Forces and Chaplaincy, the Jurisdiction of the Armed Forces and Chaplaincy supports the endorsement and care of chaplains serving in the US military, federal and local government, hospital and hospice, law enforcement and other vocational and volunteer chaplains serving their communities.



Endorsement



Advocacy



Pastoral Care



Formation

Bishop Jones Altar_edited.jpg

# Our Bishop Ordinary The Right Reverend Derek L.S. Jones

Learn More





Home   About   Ministries   Chaplaincy   Contact   Donate   Join

# Worship With Us

Churches



Exploring **Classic Anglicanism** through thoughtful and informative conversation within the bounds of the Christian faith once received.

Listen

## The Classic Anglican Chronicles

Read



Home    About    Ministries    Chaplaincy    Contact    Donate    Join



Join us!



Home     About     Ministries     Chaplaincy     Contact     Donate     Join



# Interested in exploring a vocation in the chaplaincy?

We would love to join you in exploring how Almighty God may be drawing you toward service as a chaplain in His One, Holy, Catholic, and Apostolic Church. Service in the wide array of chaplaincies is unique and challenging. We are here to assist with your discernment.

Learn More



## Contact:

Name

Email

Message

The Jurisdiction of the Armed Forces and Chaplaincy

P.O.Box 738

Montevallo, AL 35115

888-460-5556

Submit



© 2022 by Anglican Chaplains® - The Jurisdiction of the Armed Forces and Chaplaincy®

