# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | | |
|---|---|---|
| Jurisdiction of the Armed Forces and Chaplaincy, *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:25-cv-12848-BHH |
| Anglican Church in North America *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _________ recover from the defendant *(name)* _________ the amount of ________ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____________________ recover costs from the plaintiff *(name)* __________________.

■ other: This action is dismissed for lack of jurisdiction.

This action was *(check one)*:

❒ tried by a jury, the Honorable _______________ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable ____________ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding.

Date: September 28, 2026

*ROBIN L. BLUME, CLERK OF COURT*

s/R. Heinen

*Signature of Clerk or Deputy Clerk*