THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Jurisdiction of the Armed Forces and Chaplaincy,<br>Plaintiff,<br><br>v.<br><br>Anglican Church in North America,<br><br>Defendant. | Civil Action No. 2:25-cv-12848-BHH<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff Jurisdiction of the Armed Forces and Chaplaincy hereby appeals to the United States Court of Appeals for Fourth Circuit the Order granting Defendant Anglican Church in North America's Motion to Dismiss entered in this action on the 28th day of September, 2026, (ECF No. 56), and the final judgment entered pursuant thereto, (ECF No. 57).

Respectfully submitted,

/s/Beth Burke Richardson
Beth Burke Richardson (9335)
Sarah C. Frierson (13825)
ROBINSON GRAY STEPP & LAFFITTE, LLC
Post Office Box 11449
Columbia, South Carolina 29211
(803) 929-1400
brichardson@robinsongray.com
sfrierson@robinsongray.com

*Counsel for Plaintiff Jurisdiction of the Armed Forces and Chaplaincy*

October 6, 2026